**Order entered November 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00629-CR

### STAFFON LADARIUS-DELA SPARKS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F08-25612-M**

## ORDER

By order dated September 3, 2014, the Court notified the trial court that the trial court's certifications of appellant's right to appeal do not accurately reflect the trial court proceedings. Specifically, we noted that the certifications state the cases involve plea bargains and appellant has no right to appeal. The documents in the clerk's records, however, reflect that the plea agreements were during the proceedings on the State's motions to proceed to adjudicate guilt. The provisions of rule 25.2 regarding plea bargains do not apply to adjudication and revocation proceedings. *See Hargesheimer v. State*, 182 S.W.3d 906, 912–13 (Tex. Crim. App. 2006); *Dears v. State*, 154 S.W.3d 610, 613 (Tex. Crim. App. 2005). Therefore, we ordered the trial court to prepare amended certifications that accurately reflect the trial court proceedings.

On November 3, 2014, we received supplemental clerk's records that contain an "amended" certification dated September 16, 2014. The certification for cause no. 05-14-00629-CR (trial court no. F08-25612-M) again states the case involves a plea bargain and appellant has no right to appeal. The amended certification for cause no. 05-14-00630-CR states that appellant has the right to appeal.

The amended certification for cause no. 05-14-00629-CR (trial court no. F08-25612-M) does not correct the problem identified concerning the plea bargain and appellant's right to appeal. *See Hargesheimer*, 182 S.W.3d at 912–13; *Dears*, 154 S.W.3d at 613. Accordingly, we **ORDER** the trial court to prepare and file, within **FIFTEEN DAYS** of the date of this order, an amended certification of appellant's right to appeal that accurately reflects appellant's right to appeal in cause no. 05-14-00629-CR (trial court no. F08-25612-M). *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 2013 WL 5220904 (Tex. Crim. App. Sept. 18, 2013).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court; Gary Fitzsimmons, Dallas County District Clerk; and to counsel for all parties.

/s/     LANA MYERS
         JUSTICE